## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**DANIEL PAGAN, et als.,**
**Plaintiffs**

**v.**                                                                  **CIVIL NO. 04-1296(DRD)**

**SILA MARIA CALDERON, et als.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 10/12/04**<br>**Docket #31**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting Leave to File Instanter | **MOOT.** See ruling at Docket Entry No. 51. |
| **Date Filed: 10/12/04**<br>**Docket #32**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Urgent Informative Motion | **MOOT.** See ruling at Docket Entry No. 51. |
| **Date Filed: 03/08/05**<br>**Docket #54**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Leave to File in Excess of Page Limitations | **GRANTED.** |
| **Date Filed: 03/14/05**<br>**Docket #56**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion to Withdraw as Attorney | **GRANTED.** Counsel Edgardo Veguilla-Gonzalez is hereby **WITHDRAWN** as counsel of record for co-defendants. |

| | |
|---|---|
| **Date Filed: 03/28/05**<br>**Docket #57**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting an Extension of Time to File Opposition | **DENIED.**  Plaintiff have failed to file a motion for extension of time and/or its opposition to defendants motion for summary judgment within the term provided by Local Rule 7.1(b), that is, past the ten (10) days provided by the Rule.  Plaintiff should have file its motion on or before the 22nd day of March 2005.  Hence the instant motion requesting an extension of time is deemed as untimely filed. |
| **Date Filed: 04/05/05**<br>**Docket #59**<br>[] **Plaintiff**<br>[X] **Defendant**<br>**Title:** Motion Requesting Withdrawal of Counsel of Record | **GRANTED.**  Counsel Nestor J. Navas is hereby **WITHDRAWN** as counsel for the co-defendants. |
| **Date Filed: 04/19/05**<br>**Docket #60**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting Final Extension of Time to File Opposition | **MOOT.**  See ruling at Docket No. 57.  Further, the Court notes that counsel filed this motion belatedly. |
| **Date Filed: 04/28/05**<br>**Docket #61**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting Leave to File Memorandum of Law in Excess of Page Limit | **MOOT.**  See ruling at Docket No. 60. |
| **Date Filed: 04/28/05**<br>**Docket #65**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting Temporary Local Rule 10(b) Waiver | **MOOT.** |

| **Date Filed: 05/09/05**<br>**Docket #68**<br>[  ] **Plaintiff**<br>[ **X** ] **Defendant**<br>**Title:** Motion Requesting Leave to Reply to Plaintiffs' Second Opposition to Defendants' Motion for Summary Judgment and For a Brief Extension of Time to File the Same | **MOOT.** See ruling at Docket No. 57. |
|---|---|

    **IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 3RD day of June 2005.

                                        **S/DANIEL R. DOMINGUEZ**
                                        **DANIEL R. DOMINGUEZ**
                                          **U.S. DISTRICT JUDGE**